IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EVOLUTION CAPITAL MANAGEMENT LLC, a limited liability company; EVOLUTION FUND LTD., SPC, a segregated portfolio company; EVOLUTION MASTER FUND LTD., SPC, a segregated portfolio company,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>RICHARD A. MAYUS, an individual; F. ALEXANDER MAYUS, an individual; CORMORANT CAPITAL MANAGEMENT LLC, a limited liability company; CORMORANT CAPITAL FUND LTD. SPC, a segregated portfolio company; CORMORANT CAPITAL MASTER FUND LTD. SPC, a segregated portfolio company; and EVOLUTION CONSULTING LLC, a limited liability company,<br><br>　　　　Defendants.<br>_____ | CV 06-00494 SOM-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION; ORDER REMANDING CASE TO THE FIRST CIRCUIT COURT OF THE STATE OF HAWAII |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION; ORDER REMANDING CASE TO
<u>THE FIRST CIRCUIT COURT OF THE STATE OF HAWAII</u>

On May 24, 2007, Magistrate Judge Kevin S.C. Chang issued his

Findings and Recommendation (F&R) that this case be remanded to state court.

No objections have been filed by any party.  Accordingly, pursuant to 28 U.S.C. § 636(b)(1), the F&R is adopted.  This case is remanded to the Circuit Court of the First Circuit, State of Hawaii.  Pursuant to 28 U.S.C. § 1447, the Clerk of the Court is directed to send a certified copy of this remand order to the Clerk of the Circuit Court of the First Circuit, State of Hawaii.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, June 15, 2007.



_____
Susan Oki Mollway
United States District Judge

Evolution Capital Management LLC, et al. v. Richard A Mayus, et al., Civil No. 06-00494 SOM/KSC;  ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION; ORDER REMANDING CASE TO THE FIRST CIRCUIT COURT OF THE STATE OF HAWAII